UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Cynthia Bruss and Michael Bruss,

Plaintiffs,

v.

Andrew Williams,

Defendant.

Case No. 01-2105 JMR/FLN

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

---

WHEREAS discovery has been proceeding more slowly than the parties anticipated, especially with regard to obtaining Cynthia Bruss' medical records, which Defendant needs to conduct the independent medical and psychological exams of Cynthia Bruss.

WHEREAS the February 1, 2003 deadline for Rule 35 medical examinations in the Pretrial Order does not give the parties sufficient time for expert disclosure and discovery with respect to the independent medical and psychological experts.

THEREFORE the parties, through their undersigned attorneys, hereby stipulate and agree that Section 2 of the March 8, 2002 Pretrial Schedule should be modified as follows:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiffs on or before October 15, 2002.

2) By Defendant on or before November 15, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By Plaintiffs on or before December 15, 2002.

2) By Defendant on or before January 15, 2003.

JUL 16 2002
FILED ___
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___

c. Each party may depose no more than 3 expert witnesses on or before February 1, 2003.

The remaining provisions of the Pretrial Order shall be unchanged.

Dated: July 10, 2002

HAGGLUND, WEIMER & SPEIDEL

Britton D. Weimer, #182035
Attorneys for Defendant
4000 Water Park Place
5101 Olson Memorial Highway
Minneapolis, MN 55422
(763) 525-9575

Dated: 7/11/02

WOLD, JACOBS & JOHNSON

Keith D. Johnson, #51226
Attorneys for Plaintiffs
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
(612) 341-2524

**ORDER**

The March 8, 2002 Pretrial Order is hereby amended in accordance with the above stipulation of counsel.

Dated: July 16

BY THE COURT

Magistrate Judge Franklin L. Noel