UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Cynthia Bruss and Michael Bruss,

Plaintiffs,

v.

Andrew Williams,

Defendant.

Case No. 01-2105 JMR/FLN

**STIPULATION AND ORDER AMENDING SCHEDULING DEADLINES DUE TO BANKRUPTCY STAY**

---

WHEREAS, on July 30, 2002, Defendant filed for Chapter 7 bankruptcy protection with the United States Bankruptcy Court, District of Utah, resulting in a discharge injunction pursuant to 11 U.S.C. §524 staying the present litigation; and

WHEREAS, on December 13, 2002, the Bankruptcy Court issued an Order modifying the stay to permit the present litigation to proceed to the extent of Defendant's liability insurance.

THEREFORE, to compensate for the duration of the bankruptcy stay, the parties by their attorneys hereby stipulate to extend the deadlines in the March 2002 Pretrial Schedule and the July 2002 Stipulation and Order Amending Scheduling Order by five months.

KEITH D. JOHNSON, P.L.L.C.

Dated: 1/10/05

Keith D. Johnson #51226
Attorneys for Plaintiffs
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
(612) 341-2525

FEB 07 2003

HAGGLUND, WEIMER & SPEIDEL

Dated: December 31, 2002

Britton D. Weimer, #182035
Attorneys for Defendant
4000 Water Park Place
5101 Olson Memorial Highway
Minneapolis, MN 55422
(763) 525-9575

ORDER

Pursuant to the above stipulation of counsel, the scheduling deadlines are hereby extended by five months.

BY THE COURT:

Dated: 2/6/03

Franklin L. Noel
Magistrate Judge