UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cynthia Bruss and Michael Bruss,

Plaintiffs,

v.

Andrew Williams,

Defendant.

Civil No. 01-2105 JMR/FLN

**ORDER**

---

Keith Johnson, Esq., for Plaintiff.
Britton Weimer, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on February 10, 2003, on Plaintiff's Motion to Amend the Complaint [#10].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend the Complaint [#10] is **GRANTED** as follows:

1. Without expressing any opinion on whether or not Fed. R. Civ. P. 15(c)(3) applies to the situation, the Plaintiffs' Motion is **Granted**.

2. The Amended Complaint shall be filed with the Clerk's office on or before February 20, 2003.

DATED: 2/13 2003

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 2-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK