UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Cynthia Bruss and Michael Bruss,

Plaintiffs,

v.

Andrew Williams and Attensity Corporation,

Defendants.

Case No. 01-2105 JMR/FLN

**CLAIMS STIPULATION AND ORDER**

---

The above-captioned parties, for purposes of reducing costs and streamlining litigation, hereby stipulate as follows:

1. Defendants stipulate to liability on Plaintiffs' negligence claims against Defendants. Causation and damages on negligence are reserved for trial or summary judgment.

2. Plaintiffs dismiss their battery claims against Defendants with prejudice.

3. Defendants' liability insurer, United States Liability Insurance Company, agrees to pay any negligence judgment against Defendants, following Defendants' exhaustion of their rights to appeal, move for remittitur, or otherwise seek to challenge the judgment, up to the policy limits of $1,000,000.

4. Plaintiffs agree not to seek damages in excess of $1,000,000 or to seek punitive damages.

HAGGLUND, WEIMER & SPEIDEL

Dated: March 21, 2003

Britton D. Weimer, #182035
Attorneys for Defendants
4000 Water Park Place
5101 Olson Memorial Highway
Minneapolis, MN 55422
(763) 525-9575

APR 3 2003

KEITH D. JOHNSON, P.L.L.C.

Dated: 3/28/03

Keith D. Johnson, #51226
Attorneys for Plaintiffs
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
(612) 341-2525

UNITED STATES LIABILITY INSURANCE COMPANY

Dated: ____________________

Carol Ann Myrtetus
Claims Examiner

ORDER

In accordance with the above stipulation of counsel, Plaintiffs' battery claims against Defendants are ordered dismissed with prejudice. As to Plaintiffs' negligence claims against Defendants, liability is declared admitted, with causation and damages reserved for trial or summary judgment. Any negligence judgment against Defendants in this case shall be paid by their insurer, United States Liability insurance Company, up to Defendants' $1,000,000 policy limits, following Defendants' exhaustion of their rights to appeal, seek remittitur, or otherwise challenge the judgment. Plaintiffs' damages in this case shall be limited to $1,000,000, and Plaintiffs shall not be permitted to seek punitive damages.

BY THE COURT:

Dated: ____________________

Franklin L. Noel
Magistrate Judge

KEITH D. JOHNSON, P.L.L.C.

Dated: ____________________

Keith D. Johnson, #51226
Attorneys for Plaintiffs
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
(612) 341-2525

UNITED STATES LIABILITY INSURANCE COMPANY

Dated: 3/21/03

Carol Ann Myrtetus
Claims Examiner

**ORDER**

In accordance with the above stipulation of counsel, Plaintiffs' battery claims against Defendants are ordered dismissed with prejudice. As to Plaintiffs' negligence claims against Defendants, liability is declared admitted, with causation and damages reserved for trial or summary judgment. Any negligence judgment against Defendants in this case shall be paid by their insurer, United States Liability insurance Company, up to Defendants' $1,000,000 policy limits, following Defendants' exhaustion of their rights to appeal, seek remittitur, or otherwise challenge the judgment. Plaintiffs' damages in this case shall be limited to $1,000,000, and Plaintiffs shall not be permitted to seek punitive damages.

BY THE COURT:

Dated: April 2, 2003

Franklin L. Noel
Magistrate Judge